# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:08CV04195 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **RICK JASPERSON, as Trustee for the** | : | PLAINTIFFS |
| **Next-of-Kin of Decedent Gail Gilliam, et al.** | : | |
| | : | |
| v. | : | |
| | : | |
| **WYETH, et al.** | : | DEFENDANTS |

## ORDER

Having now heard Plaintiffs' position and given it full consideration, the Motion for Reconsideration (Doc. No. 32) is DENIED.

IT IS SO ORDERED this 30th day of December, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1