**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

In re:                                                                    MDL Docket No. 4:03CV1507-WRW
                                                                                            4:08CV04196

**PREMPRO PRODUCTS LIABILITY**
**LITIGATION**

**SANDRA KIRKLAND, et al.**                                                      **PLAINTIFFS**

**v.**

**WYETH, et al.**                                                                     **DEFENDANTS**

**ORDER**

Based on the Court of Appeals for the Eighth Circuit's January 6, 2010 Order and

Judgment,[1] my December 29, 2008 Order (Doc. No. 29), is VACATED. Accordingly, Plaintiffs'

Motion to Remand (Doc. No. 22) is GRANTED and Defendants' Motion to Dismiss Duplicative

Cases (Doc. No. 25) is DENIED as MOOT.

This case is REMANDED to Hennepin County, Minnesota District Court.

IT IS SO ORDERED this 22nd day of March, 2010.


                                                         /s/ Wm. R. Wilson, Jr.
                                                         UNITED STATES DISTRICT JUDGE

---

[1]Doc. Nos. 40, 41. The Mandate was issues on March 19, 2010.