# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

In re:  MDL Docket No. 4:03CV1507-WRW
 4:08CV04195

PREMPRO PRODUCTS LIABILITY
LITIGATION

RICK JASPERSON, et al.  PLAINTIFFS

v.

WYETH, et al.  DEFENDANTS

## ORDER

Based on the Court of Appeals for the Eighth Circuit's January 6, 2010 Order and Judgment,[1] my December 29, 2008 Order (Doc. No. 29), is VACATED. Accordingly, Plaintiffs' Motion to Remand (Doc. No. 22) is GRANTED and Defendants' Motion to Dismiss Duplicative Cases (Doc. No. 25) is DENIED as MOOT.

This case is REMANDED to Hennepin County, Minnesota District Court.

IT IS SO ORDERED this 22nd day of March, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 39, 40. The Mandate was issues on March 19, 2010.